```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, Suite 911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor(s)
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 12-48816 |
| **Michael Howard Lilligh** <br> **Stefanie Judith Lilligh** | Chapter 13 |
| Debtor(s). | NOTICE OF CHANGE OF ADDRESS OF THE LAW OFFICES OF PATRICK L. FORTE |

Please take notice that the Law Offices of Patrick L. Forte's mailing address has changed as follows:

**1624 Franklin Street, Suite 911**

**Oakland, CA 94612**

Dated: December 15, 2015              /s/ Patrick L. Forte _____
                                      PATRICK L. FORTE
                                      Attorney for Debtor(s)