**Intelligent Legal Solutions, P.C.**
Eric M. Nixdorf, Esq. (SB# 172286)
2010 Crow Canyon Place, Suite 100
San Ramon, CA 94583
Telephone (925) 824-3190
Fax: (925) 236-2672
eric.nixdorf@intelligentlegalsolutions.com

Attorneys for Debtors Michael and Stefanie Lilligh

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE, | ) Case No.: 12-48816-RLE13 |
| | ) |
| | ) CHAPTER 13 |
| | ) |
| MICHAEL HOWARD LILLIGH AND | ) ENTRY OF APPEARANCE |
| STEFANIE JUDITH LILLIGH, | ) |
| | ) |
| Debtors. | ) |

NOW COMES attorney Eric M. Nixdorf, with Intelligent Legal Solutions, P.C., and hereby enters his appearance as counsel for the Debtors in the above entitled proceeding effective August 28, 2017.


Respectfully Submitted,

Dated: August 28, 2017

**/s/ Eric M. Nixdorf**
Eric M. Nixdorf
Attorney for Debtors

Consent of Debtors to Appearance

/s/ Michael Howard Lilligh
Michael Howard Lilligh

/s/ Stefanie Judith Lilligh
Stefanie Judith Lilligh

Entry of Appearance - 1

**Intelligent Legal Solutions, P.C.,**
2010 Crow Canyon Place, Suite 100
San Ramon, CA 94583