**Intelligent Legal Solutions, P.C**.
Eric M. Nixdorf, Esq.  (SB# 172286)
2010 Crow Canyon Place, Suite 100
San Ramon, CA  94583
Telephone  (925) 824-3190
Fax: (925) 236-2672

Attorneys for Debtors
Michael Howard Lilligh and Stefanie Judith Lilligh

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE MICHAEL HOWARD LILLIGH AND STEFANIE JUDITH LILLIGH,<br><br>                    Debtors. | ) Case No.:  12-48816-RLE13<br>) CHAPTER 13<br>)<br>) DECLARATION OF DEBTORS IN SUPPORT<br>) OF DEBTORS' MOTION TO MODIFY<br>) CHAPTER 13 PLAN<br>) |

We, Michael Howard Lilligh and Stefanie Judith Lilligh, declare that:

1.     We are over the age of eighteen (18) and are the Debtors in the above captioned case.

2.     The above case was filed on October 30, 2012, and our Chapter 13 plan was confirmed on December 12, 2012.

3.      We were not advised by our former bankruptcy counsel that we needed to file and obtain orders valuing the collateral of the IRS and FTB prior to obtaining a confirming order re-vesting property of the estate to us.  Had we been so advised, we would have either obtained such orders prior to seeking an order confirming our plan or not request that the property of the estate re-vest to us upon plan confirmation.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Antioch, California on August 31, 2017.

/s/ Michael Howard Lilligh
Michael Howard Lilligh, Debtor

/s/ Stefanie Judith Lilligh
Stefanie Judith Lilligh, Co-Debtor