

Intelligent Legal Solutions, P.C.
Eric M. Nixdorf, Esq. (SB# 172286)
2010 Crow Canyon Place, Suite 100
San Ramon, CA 94583
Telephone (925) 824-3190
Fax: (925) 236-2672

Attorneys for Debtors
Michael Howard Lilligh and Stefanie Judith Lilli

**The following constitutes**
**the order of the court. Signed October 5, 2017**

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE MICHAEL AND STEFANIE LILLIGH,<br><br>Debtors. | ) Case No.: 12-48816-RLE13<br>)<br>) CHAPTER 13<br>)<br>) ORDER SHORTENING TIME FOR NOTICE<br>) OF HEARING ON DEBTORS' MOTIONS TO<br>) VALUE THE PERSONAL AND REAL<br>) PROPERTY COLLATERAL OF THE<br>) INTERNAL REVENUE SERVICE AND<br>) CALIFORNIA FRANCHISE TAX BOARD<br>) AND DEBTORS'S OBJECTIONS TO THE<br>) CLAIMS OF THE INTERNAL REVENUE<br>) SERVICE AND CALIFORNIA FRANCHISE<br>) TAX BOARD |

On October 4, 2017, the Debtors made an oral application before the Court for an order shortening time for providing notice of hearing on Debtors' Motions to Value the Real and Personal Property Collateral of the Internal Revenue Service and California Franchise Tax Board

and Debtors' Objections to the Claims of the Internal Revenue Service and California Franchise Tax Board.

Based on the oral application and for good cause shown, the Court hereby orders that the requirement for service of the notices of said hearings is shortened to 21 days.  The motions will be heard on: October 26, 2017 at 10 A.M. in Courtroom 201.  Service of the motions, objections and notices of hearings should be completed by October 5, 2017.

END OF ORDER

COURT SERVICE LIST

Case: 12-48816    Doc# 70    Filed: 10/05/17    Entered: 10/05/17 10:25:47    Page 3 of 3