Intelligent Legal Solutions, P.C.
Eric M. Nixdorf, Esq.  (SB# 172286)
2010 Crow Canyon Place, Suite 100
San Ramon, CA  94583
Telephone  (925) 824-3190
Fax: (925) 236-2672

Attorneys for Debtors
Michael Howard Lilligh and Stefanie Judith Lilli



**Entered on Docket
October 05, 2017**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**The following constitutes
the order of the court. Signed October 5, 2017**

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE MICHAEL AND STEFANIE LILLIGH,<br><br>Debtors. | ) Case No.:  12-48816-RLE13<br>)<br>) CHAPTER 13<br>)<br>) ORDER SHORTENING TIME FOR NOTICE<br>) OF HEARING ON DEBTORS' OBJECTION<br>) TO ATTORNEY FEES OF PAT FORTE<br>) |

    On October 4, 2017, the Debtors made an oral application before the Court for an order shortening time for providing notice of hearing on Debtors' Objection to the attorney fees charged by the Debtors' former attorney Pat Forte.

Based on the oral application and for good cause shown, the Court hereby orders that the requirement for service of notice of said hearing is shortened to 21 days. The objection will be heard on: October 26, 2017 at 10 A.M. in Courtroom 201. Service of the objection and notice of hearing should be completed by October 5, 2017.

END OF ORDER

COURT SERVICE LIST