**Intelligent Legal Solutions, P.C**.
Eric M. Nixdorf, Esq. (SB# 172286)
2010 Crow Canyon Place, Suite 100
San Ramon, CA 94583
Telephone (925) 824-3190
Fax: (925) 236-2672

Attorneys for Debtors
Michael Howard Lilligh and Stefanie Judith Lilligh

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

IN RE MICHAEL HOWARD LILLIGH AND STEFANIE JUDITH LILLIGH,

Debtors.

) Case No.: 12-48816-RLE13
) CHAPTER 13
) DECLARATION OF ERIC M. NIXDORF, ESQ.
) IN SUPPORT OF EX-PARTE APPLICATION
) FOR ORDER SHORTENING TIME FOR
) NOTICE OF HEARING ON DEBTORS
) AMENDED MOTION TO MODIFY CHAPTER
) 13 PLAN

I, Eric M. Nixdorf, Esq., declare that:

1. I am over the age of eighteen (18) and am the attorney for the Debtors in the above captioned case.

2. I personally reviewed the ex-parte application for order shortening time prior to filing it and can attest to the accuracy of the information contained in it.

3. Prior to filing the application and the underlying motion, I attempted to discuss this motion and application with counsel for the Chapter 13 Trustee but I was not able to reach him.

4. However, based on prior discussions with counsel and counsel representations to the Court, I do not believe that this motion would be opposed by the Chapter 13 Trustee's office.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in San Ramon, California on October 5, 2017.

/s/ Eric M. Nixdorf
Eric M. Nixdorf,
Attorney for the Debtors