**Intelligent Legal Solutions, P.C**.
Eric M. Nixdorf, Esq. (SB# 172286)
2010 Crow Canyon Place, Suite 100
San Ramon, CA 94583
Telephone (925) 824-3190
Fax: (925) 236-2672

Attorneys for Debtors
Michael Howard Lilligh and Stefanie Judith Lilligh

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE MICHAEL HOWARD LILLIGH AND STEFANIE JUDITH LILLIGH, <br><br> Debtors. | Case No.: 12-48816-RLE13 <br> CHAPTER 13 <br> DECLARATION OF ERIC M. NIXDORF, ESQ. IN SUPPORT OF DEBTORS' OBEJCTION TO ATTORNEY FEES OF PATRICK L. FORTE |

I, Eric M. Nixdorf, Esq., declare that:

1.   I am over the age of eighteen (18) and am currently the attorney for the Debtors in the above captioned case.

2.   Exhibit A is a true and correct copy of a record of claim of and payments made to Patrick L. Forte which I personally downloaded from the official website of the Chapter 13 Trustee.

3.   I was also personally advised via email by counsel for the Chapter 13 Trustee that the current claim still owed to Mr. Forte was $3,198.77.

4.   Based on my review of the Court docket, no motions to value collateral or objections to claims were filed prior to confirmation or Mr. Forte's substitution out of the case

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in San Ramon, California on October 5, 2017.

/s/ Eric M. Nixdorf
Eric M. Nixdorf,
Attorney for the Debtors