```
PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, Suite 911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 12-48816** |
| **MICHAEL HOWARD LILLIGH and STEFANIE JUDITH LILLIGH,** | **Chapter 13** |
| | **Date: October 26, 2017**<br>**Time: 10:00am**<br>**Courtroom 201** |
| **Debtors.** _____/ | **EX PARTE MOTION TO RESTRICT ACCESS** |

Patrick L. Forte moves this Court for an entry of a protective Order restricting access to the Declaration of Patrick L. Forte in Opposition of Debtors' Objection to Attorney's Fees, docket entry #100, on the grounds that the declaration will be withdrawn and a new declaration will be filed.

Dated: October 19, 2017

                                             /s/ Patrick L. Forte
                                             PATRICK L. FORTE