Paul J. Mansdorf, Trustee
1569 Solano Ave. #703
Berkeley, CA 94707
(510) 526 5993
paul@mansdorftrustee.com

# UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

In re:

MICHAEL HOWARD LILLIGH.
STEFANIE JUDITH LILLIGH

               Debtor.

Case No. 12-48816
Chapter 7

_____/

**EX-PARTE APPLICATION FOR TURNOVER OF ESTATE PROPERTY**

_____

      On November 1, 2017, this court entered an order converting this case to one under Chapter 7, and Applicant was appointed as Trustee. Applicant reviewed the hearing and the debtors' counsel disclosed that the debtors had $85,000.00 of non-disclosed assets. To date, (one full week after the hearing) the debtors have not filed amended schedules and the Trustee has no idea what these assets may be. Nevertheless, the Trustee respectfully requests that the debtors account for and turn over this / these assets to the Chapter 7 Trustee forthwith.

DATED: November 2, 2017         Respectfully submitted,

                                                        _Paul Mansdorf_____
                                                        Paul J. Mansdorf, Trustee