SALLY J. ELKINGTON - SBN 142619
JAMES A. SHEPHERD - SBN 264400
**ELKINGTON SHEPHERD LLP**
Historic Tribune Tower
409 - 13th Street, 10th Floor
Oakland, CA 94612
tel (510) 465-0404
fax (510) 465-0202
email: jim@elkshep.com

Attorneys for Debtors
MICHAEL and STEFANIE LILLIGH

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

In re

MICHAEL HOWARD LILLIGH and
STEFANIE JUDITH LILLIGH,

        Debtors.

Case. No. 12-48816 RLE
Chapter 7

**SUBSTITUTION OF COUNSEL**

MICHAEL HOWARD LILLIGH and STEFANIE JUDITH LILLIGH, the debtors herein, substitute Elkington Shepherd LLP as counsel of record in the above-captioned Chapter 7 case. Debtors were formerly represented by Eric M. Nixdorf of Intelligent Legal Solutions.

Dated: November 7, 2017        /s/ MICHAEL HOWARD LILLIGH

Dated: November 7, 2017        /s/ STEFANIE JUDITH LILLIGH

ACCEPTED:

ELKINGTON SHEPHERD LLP

Dated: November 7, 2017        By: SALLY J. ELKINGTON

| | |
|---|---|
| 1 | 12-48816 RLE |
| 2 | Michael Howard Lilligh Stefanie Judith Lilligh |
| 3 | Eric M. Nixdorf |
| 4 | Intelligent Legal S olutions |
| 5 | 2010 Crow Canyon Pl. #10 0 |
| 6 | San Ramon, CA 94583 |
| 7 | (925) 824-3190 |
| 8 | Email: e.nixdorf @intelligentlegalsolutions.com |
| | *Joint Debtor* |