# United States Bankruptcy Court
## Northern District of California

In re: **Michael Howard Lilligh, Stefanie Judith Lilligh**
Debtor(s)

Case No. **12-48816**
Chapter **7**

## RULE 1019 SCHEDULE OF POST PETITION DEBTS

| # | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 1. | Barclays Bank - Apple<br>P.O. Box 8803<br>Wilmington, DE 19899 | General unsecured claim | 660.00 |
| 2. | Credit One Bank<br>P.O. Box 98873<br>Las Vegas, NV 89193 | General unsecured claim | 330.00 |

## DECLARATION

We, the above named Debtor(s), declare under penalty of perjury that we have read the foregoing Rule 1019 Schedule of Post Petition Debts and that it is true and correct to the best of our information and belief.

Date **November 15, 2017**  Signature **/s/ Michael Howard Lilligh**
Debtor

Date **November 15, 2017**  Signature **/s/ Stefanie Judith Lilligh**
Joint Debtor

*Penalty for making a false statement or concealing property*:
Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.